PD-0284-15

PD-0284-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 12:00:00 AM
Accepted 3/18/2015 11:42:04 AM
ABEL ACOSTA
CLERK

## NO. 01-13-00838-CR

## IN THE COURT OF CRIMINAL APPEALS

## OF TEXAS

## FROM THE FIRST SUPREME JUDICIAL DISTRICT

### FINLEY WRIGHT, APPELLANT

### VS.

### STATE OF TEXAS, APPELLEE

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

March 18, 2015

ABEL ACOSTA, CLERK

**TERRENCE GAISER**
**LAWYER FOR APPELLANT**
**(ON APPEAL ONLY)**
**2900 SMITH STREET, # 220**
**HOUSTON, TEXAS 77006**
**SBOT# 07572500**
**713/ 225-0666**
**tagaiser@aol.com**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | HARRIS COUNTY,TEXAS |
| | § | |
| FINLEY WRIGHT | § | 174TH JUDICIAL DISTRICT |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLANT'S
PETITION FOR DISCRETIONARY REVIEW**

NOW COMES FINLEY WRIGHT, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of Time Within Which to File Appellant's Petition for Discretionary Review; for which he would show:

1.) Appellant appeals from a judgment of guilt and forty year sentence for the offense of aggravated sexual assault

2.) On February 12, 2015, a panel of the First Court of Appeals in Cause No. 01-13-00838-CR, Finley Wright v. State of Texas, issued a memorandum opinion affirming appellant's judgment. No motion for rehearing was filed.. Appellant's Petition for Discretionary Review is due on Monday, March 16, 2015. This is the first requested extension. Appellant requests a thirty-day extension to and including April 15, 2014.

3.) This extension is being sought for the following reasons:

After careful review of the opinion of the Court of Appeals and the transcript of this case, in counsel's professional opinion, further review of this case

would be frivolous and without further merit. Counsel has informed appellant of his right to seek discretionary review, *pro se*, of this cause and will inform appellant of this request for extension.

4.) Counsel will file a motion to withdraw as attorney of record in the First Court of Appeals and will inform appellant, by copy of that motion, and that he has a right to object to the motion.

WHEREFORE, premises considered, appellant prays for an extension of time to file appellant's petition for discretionary review to and including April 15, 2015.

Respectfully Submitted,

/S/ Terrence A. Gaiser
TERRENCE GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, STE. 220
HOUSTON, TEXAS 77006
(713) 225-0666
SBN# 07572500
tagaiser@aol.com

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PDR WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

/S/ Terrence A. Gaiser
TERRENCE GAISER